The Honorable Barbara J. Rothstein

# IN THE UNITED STATES DISTRICT COURT,
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| KING COUNTY, ON BEHALF OF ITSELF AND SIMILARLY SITUATED COUNTIES AND CITIES,<br><br>Plaintiff,<br><br>v.<br><br>MCKINSEY & COMPANY, INC., UNITED STATES and MCKINSEY & COMPANY, INC.,<br><br>Defendants | No. 2:21-cv-00221<br><br>ORDER ON STIPULATED MOTION FOR STAY OF PROCEEDINGS PENDING RESOLUTION OF MOTION TO TRANSFER PURSUANT TO 28 U.S.C. § 1407 AND FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT |

**ORDER**

The Court, having examined and considered the Parties' Stipulated Motion for Stay of Proceedings Pending Resolution of Motion to Transfer Pursuant to 28 U.S.C. § 1407 and For Extension of Time to Respond to Complaint, and finding that there is good cause,

**HEREBY ORDERS AND ADJUDGES THAT** this matter is stayed in its entirety pending a ruling by the JPML on McKinsey's Motion to Transfer Pursuant to 28 U.S.C. § 1407. The time within which McKinsey shall respond to the Complaint is extended to 30 days after the JPML rules on McKinsey's § 1407 Motion, and an answer or other response shall only be required if: (a) the JPML denies McKinsey's § 1407 Motion; (b) the JPML grants McKinsey's

§ 1407 Motion and such a response is required by the transferee court; or (c) the JPML court issues a ruling requiring a response to the Complaint in this District Court.

**IT IS SO ORDERED.**

Dated this 16th day of March 2021.

Barbara Jacobs Rothstein
U.S. District Court Judge